# EXHIBIT 2

EEOC Form 161-B (01/2022)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Kristi Kelley**<br>**3969 S Suntree Way**<br>**Boise , ID 83706** | From: | **Philadelphia District Office**<br>**801 Market St, Suite 1000**<br>**Philadelphia, PA 19107** |
|---|---|---|---|

| EEOC Charge No.<br>**533-2023-02528** | EEOC Representative<br>**Jane Duncan,**<br>**State, Local & Tribal Program Manager** | Telephone No.<br>**(267) 589-9737** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court** **WITHIN 90 DAYS** **of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    More than 180 days have passed since the filing of this charge.

    The EEOC is terminating its processing of this charge.

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** \*of your receipt of this Notice.\*  Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

Please retain this notice for your records.

        On Behalf of the Commission:

        Digitally Signed By: Karen McDonough
        5/29/2024

Enclosures(s)        **Karen McDonough**
                        **Deputy District Director**

cc:  **For Respondent**

    WENDY ADKINS
    Jackson Kelly PLLC
    3000 SWISS PINE WAY, SUITE 200
    Morgantown, WV 26501

    **For Charging Party**

    Sean A Casey Esq.
    Sean A Casey Attorney at Law
    960 Penn Avenue Suite1001
    PITTSBURGH, PA 15222