IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KRISTI KELLEY,**

    **Plaintiff,**

  **v.**                                              **CIVIL NO. 1:24-CV-79**
                                                                 **(KLEEH)**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

## ORDER DENYING MOTION AS MOOT

Because Plaintiff has amended her complaint, the motion to dismiss is **DENIED AS MOOT** [ECF No. 4].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 6, 2024

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA