IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KRISTI KELLEY,**

      **Plaintiff,**

  v.                                          CIVIL NO. 1:24-CV-79
                                                  (KLEEH)

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS,**

      **Defendant.**

## ORDER GRANTING MOTION TO STAY [ECF NO. 10]

For good cause, Defendant's *Unopposed Motion to Stay Deadlines in First Order and Notice* [ECF No. 10] is **GRANTED**. The deadlines contained in the Court's *First Order and Notice Regarding Discovery and Scheduling Conference* [ECF No. 5] are **STAYED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 30, 2024

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

1