IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KRISTI KELLEY,

      Plaintiff,

   v.                             CIVIL NO. 1:24-CV-79
                                       (KLEEH)

WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS,

      Defendant.

## ORDER SCHEDULING MOTIONS HEARING

      Pending before the Court is Defendants' Renewed Motion to Dismiss [ECF No. 8].  The Court **SCHEDULES** a hearing to take up the motion on **March 17, 2025**, at **2:30 p.m.**, at the **Clarksburg**, West Virginia, point of holding court.

      It is so **ORDERED**.

      The Clerk is directed to transmit copies of this Order to counsel of record.

      DATED: January 10, 2025

                             _Tom S Kleeh_
                             THOMAS S. KLEEH, CHIEF JUDGE
                             NORTHERN DISTRICT OF WEST VIRGINIA