```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**KRISTI KELLEY,**

     **Plaintiff,**

  **v.**                          **CIVIL NO. 1:24-CV-79**
                                      **(KLEEH)**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS,**

     **Defendant.**

## ORDER RESCHEDULING MOTIONS HEARING

Pending before the Court is *Defendants' Renewed Motion to Dismiss* [ECF No. 8]. The Court previously scheduled a hearing to take up the motion on March 17, 2025. For reasons appearing to the Court, the hearing is **CONTINUED** until **April 17, 2025,** at **10:00 a.m.,** at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: February 20, 2025

                                    */s/ Thomas S. Kleeh*
                                  THOMAS S. KLEEH, CHIEF JUDGE
                                  NORTHERN DISTRICT OF WEST VIRGINIA