# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Kristi Kelley | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:24-cv-79 |
| West Virginia University, et al. | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other:

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge Thomas S. Kleeh

Defendants' motion to dismiss is GRANTED (ECF No. 8). Plaintiff's request for prospective injunctive relief is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Plaintiff's WVHRA claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Plaintiff's FMLA retaliation claim is DISMISSED WITH PREJUDICE for failure to state a claim. This case is DISMISSED and STRICKEN from the Court's active docket.  Judgment order in favor of Defendants with respect to the FMLA retaliation claim only.

Date: July 3, 2025

*CLERK OF COURT*
Stephanie Hainer Ojeda
S. Cole

*Signature of Clerk or Deputy Clerk*